## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, a national banking association, successor by merger to First Niagara Bank, N.A., | Civil Action No. 2:21-CV-1337-NBF |
| Plaintiff, | |
| v. | **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANTS T.J.V. HOLDINGS, LLC; VELTRI ELECTRIC, INC., JOHN A. VELTRI, JR.; AND TAMI J. VELTRI** |
| T.J.V. HOLDINGS, LLC; VELTRI ELECTRIC, INC.; JOHN A. VELTRI, JR.; and TAMI J. VELTRI, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, KeyBank National Association ("KeyBank") requests a Clerk's Certificate of Entry of Default as to Defendants T.J.V. Holdings, LLC, Veltri Electric, Inc., John A. Veltri, Jr., and Tami J. Veltri. Within an accompanying affidavit, I affirm that the parties against whom the Judgment is sought:

1. Are not infants or incompetent persons;

2. Are not in the military service of the United States;

3. Were properly served under Federal Rule of Civil Procedure 4, and a proof of service having been filed with the Court; and

4. Have defaulted in appearance in the above captioned action.

Respectfully submitted,

Date: January 24, 2022

**WONG FLEMING**
*/s/ Dafney Dubuisson Stokes*
Dafney Dubuisson Stokes, Esq.
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Tel: 609-951-9520
Fax: 609-951-0270
dstokes@wongfleming.com